COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ex parte Richard Vincent Letizia

Appellate case number:    01-16-00808-CR

Trial court case number:   2112524

Trial court:              County Criminal Court at Law No. 10 of Harris County

      Appellant, Richard Vincent Letizia, has filed a notice of appeal of the trial court's order denying his application for a writ of habeas corpus that challenged the legality of his arrest pursuant to a governor's warrant. Appellant has filed correspondence with the Court requesting that we "order" the Harris County Jail to allow him "to go into the Law Library that is in the Harris County Jail." We **deny** the request.

      It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                     ⊠ Acting individually    ☐ Acting for the Court

Date: <u>May 17, 2018</u>